**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01663-CR

### EX PARTE BRIAN CLONINGER

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90036-V**

## ORDER

The Court **GRANTS** the State's January 14, 2014 motion to extend time to file its brief.

We **ORDER** the State to file its brief by **Friday, January 31, 2014**.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE